UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      -against-

                                                                                                 -CR-         (    )(    )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_/s/ Roberto Acevedo_____                  /s/ Jonathan Marvinny_____
Defendant's Signature                                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____           _____
Print Defendant's Name                                      Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____                                   _____
Date                                                               U.S. District Judge/U.S. Magistrate Judge