UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,                          **CONSENT TO PROCEED BY VIDEO OR**
                                                   **TELE CONFERENCE**

-against-
                                                   21      -CR- 30 ( ) ( )

Roberto Acevedo


                        Defendant(s).
---------------------------------------------------------------X

Defendant __Roberto Acevedo_____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or X__ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

___   Bail/Detention Hearing

X     Conference Before a Judicial Officer
___


_Roberto Acevedo (JR)_____          _Jonathan Marvinny_____
Defendant's Signature               Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Roberto Acevedo**_____          **Jonathan Marvinny**_____
Print Defendant's Name              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_March 15, 2021_____                _____
Date                                U.S. District Judge/U.S. Magistrate Judge