UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
        -v-                                                         :          21 Cr. 30 (JPC)
                                                                    :
ROBERTO ACEVEDO, a/k/a "Tio,"                                       :              ORDER
                                                                    :
                        Defendant.                                  :
                                                                    :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

As discussed at the conference earlier today, the parties should be ready for trial in this

case on September 13, 2021.  The parties must familiarize themselves with the Court's Individual

Rules and Practices for Criminal Cases, available at https://www.nysd.uscourts.gov/hon-john-p-

cronan.

Any proposed *voir dire*, proposed jury instructions, proposed verdict forms, and motions

*in limine*, shall be filed by August 16, 2021.  Any opposition to a motion *in limine* shall be filed

by August 23, 2021.  In accordance with the Court's Individual Rules and Practices for Criminal

Cases, each party should submit two courtesy hard copies of its proposed *voir dire*, proposed jury

instructions, and proposed verdict form to the Court at the time of filing.  Parties should also e-

mail those documents, in Microsoft Word format, to Chambers at

CronanNYSDChambers@nysd.uscourts.gov.

By September 10, 2021, each party shall e-mail to the Court at

CronanNYSDChambers@nysd.uscourts.gov a Microsoft Word document listing all exhibits that

the party anticipates seeking to admit.

The parties shall appear for a final pretrial conference on September 8, 2021 at 10:00 a.m.

in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, NY 10007.  The final pretrial conference must be attended by the attorney who will

serve as principal trial counsel.

        SO ORDERED.

Dated: March 15, 2021
        New York, New York

                                      JOHN P. CRONAN
                            United States District Judge