```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
             -v-                                                   :   21 Cr. 30 (JPC)
                                                                   :
ROBERTO ACEVEDO, a/k/a "Tio,"                                      :   ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court has received further information regarding the scheduling of the trial in this case. The deadlines entered on March 15, 2021, *see* Dkt. 9, are adjourned and replaced with the deadlines set forth below.

The parties should be ready for trial in this case on August 24, 2021. The parties must familiarize themselves with the Court's Individual Rules and Practices for Criminal Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

Any proposed *voir dire*, proposed jury instructions, proposed verdict forms, and motions *in limine*, shall be filed by July 26, 2021. Any opposition to a motion *in limine* shall be filed by August 2, 2021. In accordance with the Court's Individual Rules and Practices for Criminal Cases, each party should submit two courtesy hard copies of its proposed *voir dire*, proposed jury instructions, and proposed verdict form to the Court at the time of filing. Parties should also e-mail those documents, in Microsoft Word format, to Chambers at CronanNYSDChambers@nysd.uscourts.gov.

By August 20, 2021, each party shall e-mail to the Court at CronanNYSDChambers@nysd.uscourts.gov a Microsoft Word document listing all exhibits that the party anticipates seeking to admit.

The parties shall appear for a final pretrial conference on August 18, 2021 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: June 4, 2021
      New York, New York

_____
JOHN P. CRONAN
United States District Judge