```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
            -v-                                                  :     21 Cr. 30 (JPC)
                                                                 :
ROBERTO ACEVEDO, a/k/a "Tio,"                                    :     ORDER
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Trial in this case will begin on August 31, 2021. All deadlines previously set in the Court's June 4, 2021 Order, *see* Dkt. 11, remain in place.

SO ORDERED.

Dated: June 19, 2021
      New York, New York

                                          JOHN P. CRONAN
                                  United States District Judge