UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                               :
:
            -v-                                                           :          21 Cr. 30 (JPC)
:
ROBERTO ACEVEDO, a/k/a "Tio,"               :          ORDER
:
                        Defendant.                                 :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The guilty plea conference is scheduled for July 27, 2021 at 4:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. By 5:00 p.m. on July 26, 2021, the parties shall advise the Court of the following by joint letter or individual letters:

1. Whether there is a basis for the Complaint or the magistrate docket to remain under seal.

2. Whether the parties expect that Defendant's remand will be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). If so, the Court respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: July 22, 2021
           New York, New York

_____
JOHN P. CRONAN
United States District Judge