UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                :

UNITED STATES OF AMERICA           :

                                :

           -v-                   :            21 Cr. 30 (JPC)

                                :

ROBERTO ACEVEDO, a/k/a "Tio,"    :          <u>ORDER</u>

                                :

                   Defendant.     :

                                :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The Complaint and the magistrate docket, 20 Mag. 7497, can be unsealed.

     SO ORDERED.

Dated: July 26, 2021
       New York, New York                       JOHN P. CRONAN
                                        United States District Judge