```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :
              -v.-                                                 :    21 Cr. 30 (JPC)
                                                                   :
ROBERTO ACEVEDO, a/k/a "Tio,"                                      :    ORDER
                                                                   :
              Defendant.                                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

       The Court will hold a status conference on August 13, 2021 at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Counsel for all parties, as well as Defendant, should attend.  At the conference, the Court intends to discuss whether, in light of the additional and new information provided by counsel regarding Defendant's medical condition and the uncertain timing of any surgical procedure, "exceptional reasons" exist under 18 U.S.C. § 3145(c) such that detention would not be appropriate.  Prior to the conference, defense counsel should prepare Defendant for the possibility of detention commencing at the end of the conference.

       SO ORDERED.

Dated: August 10, 2021
       New York, New York

                                                                        JOHN P. CRONAN
                                                           United States District Judge