UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
United States of America          :
                                  :    21 __ CR 30 ____ (JPC)
                                  :
        -against-                 :         ORDER
                                  :
Roberto Acevedo                   :
                                  :
            Defendant             :
----------------------------------x

        **ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

                                        _____
                                        **United States District Judge**

Dated: New York, New York
      August 13, 2021