**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 4, 2021

By ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York

**Re: United States v. Roberto Acevedo, 21 Cr. 30 (JPC)**

Dear Judge Cronan:

I write to respectfully request that the Court extend the deadline for Mr. Acevedo to propose redactions to the sentencing transcript to November 15, 2021 (it was previously November 4). Despite requesting it, my office has not received the transcript yet for review; we were informed that the court reporter is out of the office and has not yet prepared the transcript.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
(212) 417-8792
jonathan_marvinny@fd.org

cc: Peter J. Davis, Esq.
    Assistant United States Attorney

This request is granted. Defendant may propose redactions to the sentencing transcript by November 15, 2021.

SO ORDERED.
Date: November 4, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge